```
                           FILED
                  CLERK, U.S. DISTRICT COURT

                        JUN 12 2009

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MACIAS, | NO. CV 08-8161-RSWL(E) |
|     Petitioner, | |
| v. | JUDGMENT |
| MICHAEL EVANS, Warden, | |
|     Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 10, 2009.

*RONALD S.W. LEW*

_____
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE